IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADEL SAEED | § | |
| | § | |
|     PLAINTIFF; | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 5:15-cv-00861 |
| | § | |
| MICHAEL L. DALE, RUNNING COOL EXPRESS, LLC; | § | |
| | § | |
|     DEFENDANTS. | § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Running Cool Express, LLC ("Defendant") respectfully removes the above-captioned action, presently pending in the 45th District Court of Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division. As grounds for removal to this Court, Defendant states as follows:

1. On August 31, 2015, Plaintiff Adel Saeed ("Plaintiff") commenced a civil action against Defendants for alleged personal injuries in the 45th Judicial District Court, Bexar County, Texas by filing his Original Petition bearing Cause No. 2015-CI-14530 ("State Court Action").

2. On September 7, 2015, Defendant was served with a citation and a copy of Plaintiff's Original Petition. Defendant timely answered the State Court Action on September 25, 2015. Therefore, this Notice of Removal is being filed within thirty (30) days in accordance with 28 U.S.C. § 1446(b).

3. Plaintiff is an individual residing in Bexar County, Texas. (Orig. Pet. at ¶32, Ex. A). For purposes of diversity jurisdiction, Plaintiff is a citizen of Texas.

4. Defendant is a limited liability corporation organized and existing under the laws of Indiana with its principal place of business in Indiana. For purposes of diversity jurisdiction, Defendant is a citizen of the State of Indiana.

5. Complete diversity of citizenship exists between the parties to this action pursuant to and in accordance with the requirements of 28 U.S.C. § 1332, which confers original subject matter jurisdiction upon this Court.

6. The amount in controversy in this matter exceeds $75,000.00, as required for diversity jurisdiction under 28 U.S.C. § 1332. In his Original Petition, Plaintiff states that he seeks monetary relief over $1,000,000.00. (Orig. Pet. at ¶ 33).

7. At the time of filing of this Removal, this matter was pending in Bexar County, Texas. Accordingly, the San Antonio Division of the Western District of Texas is the proper district and division for the removal of this matter. *See* 28 U.S.C. § 1446(a).

8. As of the time of filing, Defendant understands that Defendant Michael L. Dale has not been served.

9. Promptly after filing this Notice of Removal, Defendant will give written notice to Plaintiff and file a copy of the Notice of Removal with the Clerk of Court of the 45th Judicial District Court, Bexar County, Texas, as required by 28 U.S.C. § 1446(d).

10. Copies of the documents required to be filed with this Notice of Removal are attached hereto as Exhibits A – E.

WHEREFORE, Defendant respectfully prays this case be removed to the United States District Court for the Western District of Texas, San Antonio Division, and for any further relief this Court deems just and appropriate.

Dated:  October 5, 2015

Respectfully submitted,

Davis, Cedillo & Mendoza, INC.
ATTORNEYS AT LAW

McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas  78212
Telephone No.:  (210) 822-6666
Telecopier No.:  (210) 822-1151


By: /s/ Isaac J. Huron
RONALD E. MENDOZA
State Bar No. 13937700
rmendoza@lawdcm.com
ISAAC J. HURON
State Bar No. 24032447
ihuron@lawdcm.com

ATTORNEYS FOR DEFENDANT,
RUNNING COOL EXPRESS, LLC

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document was electronically filed with the clerk of the court using the CM/ECF system.  Pursuant to Fed. R. Civ. P. 5(a)-(d), all counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by mail, United States Postal Service, on this 5th day of October, 2015.

    Michael C. Van
    Robert Y. Petersen
    SHUMWAY VAN
    310 S. St. Mary's Street, Suite 2100
    San Antonio, Texas  78205
    Fax: (210) 503-2800
    Michael@shumwayvan.com
    Robert@shumwayvan.com
    ATTORNEYS FOR PLAINTIFF


                /s/ Isaac J. Huron
                RONALD E. MENDOZA
                ISAAC J. HURON