IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADEL SAEED | § § | |
| PLAINTIFF; | § § § | |
| v. | § § § | CIVIL ACTION NO. 5:15-cv-00861 |
| MICHAEL L. DALE, RUNNING COOL EXPRESS, LLC; | § § § § | |
| DEFENDANTS. | § § | |

### ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have properly filed a Stipulation of Dismissal as to all claims in this case.

IT IS THEREORE ORDERED AND ADJUDGED that Plaintiff's claims against Defendants be and the same are hereby dismissed with prejudice, that Plaintiff take nothing by reason of the allegations filed in this lawsuit against Defendants, and that all costs of court be taxed against the party bearing same.

IT IS ADJUDGED that the parties are denied all relief not expressly granted by this Order, whether the relief was requested or whether it could have been requested in this case.

SIGNED this 1st day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE